IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

GABRIEL ELACIN,

   Petitioner,

    v.

DANNY THOMPSON,

   Respondent.

CIVIL ACTION FILE
NO. 1:10-CV-220-TWT

## ORDER

This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 15] of the Magistrate Judge recommending that the Petition be dismissed as barred by the one year statute of limitations of 28 U. S. C. § 2244(d)(1). The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED as untimely. The request for a Certificate of Appealability is DENIED. The Petitioner's Motions [Doc. 2, 3 & 11] are DENIED.

SO ORDERED, this 1 day of July, 2010.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\10\Elacin\r&r.wpd